ROSALIE GUTTENBERG, as Administratrix, etc., of SAMUEL SILBERBERG, Deceased, Appellant, v. KENNETH E. MOODY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concurred.

FRANK HASBROUCK, as Superintendent of Insurance, Appellant, v. DAVID W. HARKNESS and Others, as Executors, etc., Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

SAMUEL J. HOEY, Respondent, v. JEROME F. LINEHAN, Appellant.— Judgment and order of the County Court of Westchester county reversed, and new trial ordered, costs to abide the event, on the ground that the verdict was contrary to the weight of evidence. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

In the Matter of the Petition of the KINGS COUNTY TRUST COMPANY as Substituted Trustee, etc., for the Benefit of MARY LOUISE LAMB, etc.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

In the Matter of the Petition of GEORGE D. SMITH, JR., Respondent, for an Order Directing the County Clerk of Nassau County to Cancel and Discharge of Record Certain Judgments, etc. MARTIN EVANS COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concurred.